Linda Deos, No. 179170
Law Office of Linda Deos
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

John B. Keating (SBN:148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY, individually, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC., & TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:13-cv-01424-TLN-CKD<br><br>**[PROPOSED] ORDER RE JOINT REQUEST FOR EARLY SETTLEMENT CONFERENCE**<br><br>Complaint Filed:　July 16, 2013<br><br>Trial Date:　　　　March 16, 2015 |

1

This matter is before the Court on the Parties' Joint Request for Early Settlement Conference before Judge Carolyn Delaney.

Having considered the Parties Joint Request for a Settlement Conference, the Court hereby grants the Parties' Joint Request for a Settlement Conference. It will be held on March 7, 2014 at 9:30 a.m., in Courtroom 24 of the above-captioned Court, located at 501 I Street, Sacramento, California 95814. The Parties will submit confidential settlement statements to the court no later than 7 days prior to the hearing date to the following email address: ckdorders@caed.uscourts.gov.

Dated: January 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2