1   THOMAS P. QUINN, JR.  (SBN: 132268)
2   NOKES & QUINN, APC
    410 BROADWAY, SUITE 200
3   LAGUNA BEACH, CA 92651
    Tel: (949) 376-3500
4   Fax:  (949) 376-3070
5   Email: tquinn@nokesquinn.com

6
    K. ANN BROUSSARD (Admitted *Pro Hac Vice*)
7   Georgia Bar No. 100142
    KING & SPALDING LLP
8   1180 Peachtree Street, N.E.
9   Atlanta, GA  30309
    Tel:  (404) 572-4600
10  Fax: (404) 572-5100
11  Email: ABroussard@KSLaw.com

12  *Attorneys for Defendant Equifax*
13  *Information Services LLC*

14          **UNITED STATES DISTRICT COURT**
15          **EASTERN DISTRICT OF CALIFORNIA**

16

17  ROBERT JAMES ANTHONY,            Case No. 2:13-cv-01424-TLN-CKD

18          Plaintiff,               **ORDER ON JOINT MOTION FOR**
                                     **60-DAY EXTENSION OF FACT**
19      v.                           **DISCOVERY DEADLINE**

20  EQUIFAX INFORMATION
    SERVICES, LLC and TRANS UNION
21  LLC,

22

23          Defendants.

24          On  this  day,  came  before  the  Court  Plaintiff  Robert  James  Anthony's,

25  Defendant  Equifax  Information  Services  LLC's,  and  Defendant  Trans  Union

26  LLC's  (collectively  referred  to  as  the  "Parties")  Joint  Motion  For  60-Day

27  Extension  of  Fact  Discovery  Deadline.   Having  considered  the  Parties'  Joint

28

1  Motion, the Court finds that the Motion should be GRANTED.

2       It is therefore ORDERED that the deadline to complete fact discovery shall

3  be extended through and including June 16, 2014.

4       This 28th day of March, 2014.

5

6

7

8                              Troy L. Nunley

9                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER ON JOINT MOTION FOR 60-              2:13-CV-01424-TLN-CKD
     DAY EXTENSION OF FACT
     DISCOVERY  DEADLINE