THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

K. ANN BROUSSARD (Admitted *Pro Hac Vice*)
Georgia Bar No. 100142
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
Email: ABroussard@KSLaw.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>             Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>             Defendants. | Case No. 2:13-cv-01424-TLN-CKD<br><br>**ORDER ON JOINT STIPULATION FOR MODIFICATION OF THE PRETRIAL SCHEDULING ORDER TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE** |

On this day, came before the Court Plaintiff Robert James Anthony's and

Defendant Equifax Information Services LLC's, (collectively referred to as the "Parties") Joint Stipulation For Modification of the Pretrial Scheduling Order to Extend the Dispositive Motions Deadline.  Having considered the Parties' Stipulation, it is therefore ORDERED that the pretrial scheduling order is modified as follows:

| | |
|---|---|
| **Dispositive Motions:** | September 11, 2014 |
| **Opposition and any cross-motion:** | October 2, 2014 |
| **Reply and opposition to cross-motion:** | October 9, 2014 |
| **Reply to cross-motion:** | October 16, 2014 |

Dated: September 2, 2014

_____
Troy L. Nunley
United States District Judge

ORDER ON JOINT STIPULATION
FOR THE MODIFICATION OF
PRETRIAL SCHEDULING ORDER
TO EXTEND THE DISPOSITIVE
MOTIONS DEADLINE

2:13-CV-01424-TLN-CKD