THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

K. ANN BROUSSARD (Admitted *Pro Hac Vice*)
Georgia Bar No. 100142
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
Email: ABroussard@KSLaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>         Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>         Defendants. | Case No. 2:13-cv-01424-TLN-CKD<br><br>**ORDER ON DEFENDANT EQUIFAX INFORMATION SERVICES LLC's  MOTION FOR LEAVE TO FILE A CORRECTED REPLY MEMORANDUM** |

On this day, came before the Court Defendant Equifax Information Services LLC's Motion For Leave To File A Corrected Reply Brief.  Having considered the Motion, the Court finds that the Motion should be GRANTED.

ORDER

Dated: October 21, 2014

_____
Troy L. Nunley
United States District Judge