THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

LEWIS P. PERLING (Admitted *Pro Hac Vice*)
K. ANN BROUSSARD (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
Email: LPerling@kslaw.com
         ABroussard@kslaw.com

Attorneys for Defendant Equifax
Information Services, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>                Plaintiff,<br><br>       v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, & TRANS UNION LLC,<br><br>                Defendants. | Case No. 2:13-cv-01424-TLN-CKD<br>Assigned to the Honorable Troy L. Nunley<br><br>**ORDER ON STIPULATION TO CONTINUE  HEARING ON MOTION TO STRIKE**<br><br>Hearing Date:  November 20, 2014<br>Hearing Time:  2:00 p.m.<br>Courtroom:  2, 15th Floor |

Upon consideration of Defendant Equifax Information Services LLC's ("Equifax's") and Plaintiff Robert Anthony's ("Plaintiff's") Stipulation For An Order Continuing Hearing on Equifax's Motion To Strike The Declaration of Evan Hendricks ("Motion"), it is hereby

ORDERED that the hearing date on Equifax's Motion is continued to November 20, 2014 at 2:00 p.m. and the current hearing date on November 6, 2014 at 2:00 p.m. is VACATED.

IT IS SO ORDERED:

Dated: October 30, 2014

_____
Troy L. Nunley
United States District Judge

ORDER ON STIPULATION TO CONTINUE
HEARING ON MOTION TO STRIKE                2            Case No. 2:13-cv-01424-TLN-CKD