Linda D. Deos (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Deoslawyer@gmail.com

John B. Keating (SBN:148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC., & TRANS UNION LLC,<br><br>Defendants. | Case No.  2:13-cv-01424-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: The Honorable Troy L. Nunley<br><br>Complaint Filed:  July 16, 2013<br>Trial Date:  March 16, 2015 |

Plaintiff's Request to Seal Confidential Documents filed as Exhibits C, D and E to the Declaration Of John B. Keating In Support Of Plaintiff's Opposition To Equifax's Summary Judgment Motion (ECF 55-2) was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court GRANTS Plaintiff's Request to Seal Documents and ORDERS that the lodged complete versions without redactions of the three Exhibits C, D and E to the Declaration Of John

1

B. Keating In Support Of Plaintiff's Opposition To Equifax's Summary Judgment Motion be filed under seal.

Dated: December 3, 2014

_____
Troy L. Nunley
United States District Judge