1 THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

LEWIS P. PERLING (Admitted *Pro Hac Vice*)
K. ANN BROUSSARD (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Tel:  (404) 572-4600
Fax: (404) 572-5100
Email: LPerling@kslaw.com
          ABroussard@kslaw.com

Attorneys for Plaintiff
Robert James Anthony

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, & TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:13-cv-01424-TLN-CKD<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**ORDER ON STIPULATION TO STRIKE DOCUMENTS IN THE RECORD AND TO ALLOW REFILING OF MODIFIED DOCUMENTS** |

**ORDER ON STIPULATION TO STRIKE
 DOCUMENTS IN THE RECORD AND TO ALLOW
 REFILING OF MODIFIED DOCUMENTS**

On this day, the emergency request and stipulation **of the parties to this action titled "Stipulation To Strike Documents In The Record And To Allow Refiling Of Modified Documents"** came before the Court. Having considered the Motion, the Court finds that the emergency request pursuant to stipulation should be GRANTED and the Court hereby ORDERS:

(1) The documents previously filed as ECF 41-2, ECF 41-5, ECF 41-6, ECF 41-8, ECF 41-9, ECF 41-10 and ECF 41-11 are stricken from the record and the Clerk is directed to remove those documents from the record available for public viewing;

(2) Equifax may file modified versions of the documents previously filed as ECF 41-2, ECF 41-5, ECF 41-6, ECF 41-8, and ECF 41-9 with redaction of privacy and protective order related items in conformity with redaction and sealing requirements.

(3) The deposition transcripts previously filed as ECF 41-10 and ECF 41-11 may be submitted to the email box of Judge Nunley.

This 10th day of December, 2014.

_____
Troy L. Nunley
United States District Judge