UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-01424 TLN-CKD<br><br><br>**NON-RELATED CASE ORDER** |
| ROBERT JAMES ANTHONY, etc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | No.  2:14-cv-01230 MCE-EFB |

The Court has received the Notice of Related Cases filed on September 4, 2014.  See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

///

1

1    This order is issued for informational purposes only, and shall have no effect on the status
2  of the cases, including any previous Related (or Non-Related) Case Order of this Court.
3    IT IS SO ORDERED.
4  Dated:  April 7, 2015

Troy L. Nunley
United States District Judge