THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

LEWIS P. PERLING (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: LPerling@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ANTHONY, | Case No: 2:13-cv-01424-TLN-CKD |
| Plaintiff, | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC, | Conference Date: August 27, 2018 Time: 9:30 a.m. |
| Defendants. | Judge: The Honorable Carolyn K. Delaney |

1
2          Defendant, Equifax Information Services LLC, by counsel, hereby provides
3    notice that it has submitted its Confidential Settlement Conference Statement to
4    Magistrate Judge Carolyn K. Delaney, in preparation for the August 27, 2018
5    Settlement Conference.
6
7                                        Respectfully submitted,
8
9                                        KING & SPALDING LLP
10                                       /s/  *Lewis P. Perling*
11                                       LEWIS P. PERLING
                                         Attorneys for Defendant Equifax
12                                       Information Services LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Defendant Equifax Information Services LLC's**
**Notice of Submission of Confidential Settlement Conference Statement**
**– 2:13-cv-0424-TLN-CKD**

## <u>CERTIFICATE OF SERVICE</u>

ROBERT JAMES ANTHONY v. EQUIFAX INFORMATION SERVICES LLC, et al.

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the Fulton County, State of Georgia, and not a party to the above-entitled cause.

On August 20, 2014, I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

[  ]    By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B)

[  ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____ /S/*Lewis P. Perling*_____

Place of Filing:  Atlanta, GA

Executed on August 20, 2018, at Atlanta, GA.

**Defendant Equifax Information Services LLC's**
**Notice of Submission of Confidential Settlement Conference Statement**
**– 2:13-cv-0424-TLN-CKD**

1

2
## <u>SERVICE LIST</u>

3
ROBERT JAMES ANTHONY v. EQUIFAX INFORMATION SERVICES LLC, et al.

4

5
John Bradford Keating

6
Law Offices Of John B. Keating

2995 Woodside Road, Ste 350

7
Woodside, CA 94062

8
Email: jbkeating@aol.com

9
Linda Dianne Deos

10
Law Office Of Linda Deos

770 L Street, Suite 950

11
Sacramento, CA 95814

12
Email: deoslawyer@gmail.com

Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4