1  Linda Deos (SBN: 179170)
   DEOS LAW, PC
2  Deoslawyer@gmail.com
   770 L Street, Suite 950
3  Sacramento, CA 95814
   Tel.:   (916) 442-4442
4  Fax:    (916) 583-7693

5  John B. Keating (SBN: 148729)
   JohnKeating@protonmail.com
6  236 West Portal Avenue #851
   San Francisco, CA 94127
7  Tel.:   (650) 851-5900
   Fax:    (650) 851-5912
8  Attorneys for Plaintiff

9

10                          UNITED STATES DISTRICT COURT
11
                             EASTERN DISTRICT OF CALIFORNIA
12

13 | ROBERT JAMES ANTHONY, individually, and | Case No: 2:13-cv-01424-TLN-CKD
   | on behalf of the general public,         |
14 |                                          | **STIPULATION FOR DISMISSAL WITH PREJUDICE**
   |                Plaintiff,                |
15 |                                          |
   | vs.                                      |
16 |                                          | Complaint Filed: July 16, 2013
17 | EQUIFAX INFORMATION SERVICES, LLC,       | Vacated Trial Date: July 29, 2019
   | ET AL, & TRANSUNION LLC,                 |                     9:00 AM
18 |                                          |                     Courtroom 2
   |                Defendants.               |
19 |                                          | Judge: The Honorable Troy L. Nunley

20

21

22

23

24       Plaintiff, Robert James Anthony, and Defendant, Equifax Information Services, LLC

25 ("Equifax"), by and through their undersigned counsel, hereby stipulate and agree that all matters

26 herein between them have been compromised and settled, and that Plaintiff's cause against

27 Defendant Equifax and the entire action should be and is dismissed, with prejudice, with each party

28                                            1

to bear its own costs and attorneys' fees incurred as to the claims between Plaintiff Robert James Anthony and Defendant Equifax.

Pursuant to Eastern District Local Rule 131 (e), filing counsel attests that all other signatories listed hereon and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated:  August 9, 2019            s/Linda Deos
                                  LINDA DEOS, Esq.
                                  Attorney for Plaintiff, Robert James Anthony

Dated:  August 9, 2019            *s/John B. Keating*
                                  JOHN B. KEATING, Esq
                                  Attorney for Plaintiff, Robert James Anthony

Dated:  August 9, 2019            s/Lewis P. Perling (authorized 8/9/2019)
                                  LEWIS P. PERLING, Esq.
                                  Attorney for Defendant, Equifax Information
                                  Services, LLC